IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ALONZO FIRST RIDER, Defendant. | CR 19-56-GF-BMM <br><br> ORDER GRANTING MOTION TO REVOKE RELEASE PENDIG SENTENCING AND ISSUING WARRANT |
|---|---|

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated the conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. IT IS HEREBY ORDERED that the Clerk of Court issue a WARRANT.

DATED this 22nd day of January, 2020.

Brian Morris
United States District Court Judge

1